# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY NOONAN

VERSUS

WAITR, INC., LANDCADIA
HOLDINGS, INC., WAITR
HOLDINGS, INC. AND NATHAN
MEYERS

NO. 2022 CW 0953

**SEPTEMBER 15, 2022**

---

In Re:   Waitr, Inc. and James River Insurance Company,
         applying for supervisory writs, 22nd Judicial District
         Court, Parish of St. Tammany, No. 2019-10940.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (per curiam) are not met.

                           **MRT**
                           **WRC**
                           **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT